UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BROWN,<br><br>Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:15-cv-03133-RGK (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections to the Report, and Defendant's Reply. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated. Nothing in the Objections affects or alters the analysis and conclusions set forth in the Report.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) Plaintiff's request for an order remanding this case is DENIED;

(2) The decision of the Commissioner is affirmed; and

///

(3) Judgment shall be entered dismissing this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: September 23, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE